**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 02-CV-206 JMR/FLN**

| | |
|---|---|
| Rebecca J. Remely,<br><br>Plaintiff,<br>v.<br><br>North American Capital Corporation<br>n/k/a Great Lakes Collection Bureau, Inc.,<br><br>Defendant. | **NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: 2/15/2002.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
Attorney I.D.#0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFF**

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

# ORDER

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 15, 2002.

JUDGE JAMES M. ROSENBAUM
United States District Court